UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA KIEFER TOMORSKY,

    Plaintiff,  Case No: 1:09-cv-1083

v  HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 16) is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Attorney Fees and Costs Under the Equal Access to Justice Act (Dkt. 14) is GRANTED in the amount of $2,850.00.

Dated: August 19, 2010                   /s/Janet T. Neff
                                                         Janet T. Neff
                                                         United States District Judge